# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JERMIL WHITE                                                     PETITIONER

v.                            **4:21-cv-00234-BRW-JJV**

DOE                                                         RESPONDENT

### **ORDER**

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Mr. White's § 2241 Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED with prejudice.

A certificate of appealability will not be issued.

IT IS SO ORDERED this 28th day of April, 2021.

                                                             Billy Roy Wilson
                                                             UNITED STATES DISTRICT JUDGE