# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JERMIL WHITE                                                                                    PETITIONER

v.                                          4:21-cv-00234-BRW-JJV

DOE                                                                                             RESPONDENT

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 28th day of April, 2021.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE